# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | 3:15-CR-0173 |
| v. | : | (JUDGE MANNION) |
| **DENNIS COUVERTIER,** | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant Couvertier's motion to suppress physical evidence and statements, (Doc. 43), pursuant to Fed.R.Crim.P. 12(b), is **DENIED**; and

**(2)** Defendant's requests for a *Franks* hearing is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 21, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2015 CRIMINAL MEMORANDA\15-173-01-ORDER.wpd